# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLENN TOLLES, | |
| Plaintiff, | 8:21CV398 |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ORDER |
| Defendant. | |

Based on the parties' Rule 26(f) Report, (Filing No. 9), the Court's review of this case will be limited to the Administrative Record. Accordingly,

**IT IS ORDERED:**

1) The deadline for serving initial mandatory disclosures under Rule 26(a)(1) is **December 22, 2021**.

2) On or before **March 18, 2022**, Defendant shall file the Administrative Record.

3) This case will be resolved by cross-motions for summary judgment, which shall be filed on or before **June 17, 2022**. The brief responding to the opposing party's summary judgment motion shall be filed on or before **July 18, 2022**. The parties shall file any reply briefs on or before **August 1, 2022**.

Dated this 19th day of November, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge