IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLENN TOLLES,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | **8:21CV398**<br><br>**ORDER** |

This matter comes before the Court on the Joint Stipulation of Dismissal (Filing No. 12). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 5th day of January, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge